UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 22-4127 MWF (AGRx)**                                                    Date:  September 02, 2022

Title       **Yu Chi Wong Lau v. United States Citizenship and Immigration Services**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
          Not Present                                           Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 15, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on September 13, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 13, 2022**.

- BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant.

    AND/OR

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-4127 MWF (AGRx)**                                             Date:  September 02, 2022

Title          **Yu Chi Wong Lau v. United States Citizenship and Immigration Services**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 13, 2022** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm